FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

17 SEP 29  AM 9: 23

CLERK. U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    _____Y CLERK

RYAN SISSOM,

                  **Plaintiff,**

-vs-                                            **Case No.  A-17-CA-631-SS**

UNIVERSITY OF TEXAS HIGH SCHOOL,
UNIVERSITY OF TEXAS, BETH COOPER,
STEVE ROSEN, and STEVE WALLS,
                  **Defendants.**

---

## JUDGMENT

BE IT REMEMBERED on the 25th day of September 2017 the Court entered its order granting Defendant's Motion to Dismiss Plaintiff's Addendum to Original Petition and dismissing this lawsuit, and thereafter enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that the plaintiff Ryan Sissom TAKE NOTHING in this cause against the defendants University of Texas High School, University of Texas, Beth Cooper, Steve Rosen, and Steve Walls, and that all costs of suit are taxed against the plaintiff, for which let execution issue.

SIGNED this the 28th day of September 2017.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE