RECEIVED

OCT 1 1 2017

CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**RYAN SISSOM,**
    Plaintiff,

                              CAUSE NO:
                              A-17-CA-00631-SS

Vs.

**UNIVERSITY OF TEXAS HIGH
SCHOOL, UNIVERSITY OF TEXAS,
BETH COOPER, STEVE ROSEN, and
STEVE WALLS,**
    Defendant.

## NOTICE OF APPEAL

Ryan Sissom, who received the ORDER in this case on Saturday, October 7, 2017, timely appeals the Order signed by Judge Sam Sparks on September 25, 2017.

                                                        Respectfully,

                                                        Ryan Sissom
                                                        106 Eight Oaks Drive
                                                        Bastrop, Texas 78602

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the attached was sent by U. S. Postal Service on October 10, 2017 to:

Natalee B. Marion
Assistant Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548

                                                         Susan Sissom

Ryan Sisson
116 Eight Oaks Dr.
Bastrop, TX 78602



7016 0600 0000 2946 4351

Clerk, U.S. District Court
501 W. 5th St. suite 1100
Austin, TX 78701

U.S. POSTAGE
PAID
AUSTIN, TX
78746
OCT 10. 17
AMOUNT
$6.59
R2304E105013-7